Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MONA G. RIEKKI,<br><br>       Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, BANK OF AMERICA, CCO MORTGAGE, NATIONSTAR MORTGAGE and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>       Defendants. | Case No.: 2:15-cv-02434-GMN-GWF<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Mona G. Riekki ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") stipulate to dismiss with prejudice Plaintiff's claims against Experian only.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 2nd day of June 2016.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*


**Snell & Wilmer LLP**

By: /s/ Bob L. Olson
Bob L. Olson, Esq.
Charles E Gianelloni, Esq.
V. R. Bohman, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorney for Defendant Experian Information Solutions, Inc*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED this __9__ day of June, 2016.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on June 2, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind
    7854 W. Sahara Avenue
    Las Vegas, NV 89117