Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MONA G. RIEKKI,<br><br>Plaintiff,<br>v.<br><br>BAYVIEW LOAN SERVICING, BANK OF AMERICA, CCO MORTGAGE, NATIONSTAR MORTGAGE and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:15-cv-02434-GMN-GWF<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT CCO MORTGAGE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Mona G. Riekki ("Plaintiff") and Defendant CCO Mortgage ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims in this case against Defendant only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 1st day of February 2017.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Fernald Law Group LLP**

By: /s/ Brandon Claus Fernald
Brandon Claus Fernald, Esq.
6236 Laredo Street
Las Vegas, NV 89146
*Attorneys for CCO Mortgage*

IT IS SO ORDERED:

______________________________
UNITED STATES DISTRICT JUDGE

DATED this 6 day of February, 2017.

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 1, 2017, the foregoing Stipulation was served via CM/ ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117